IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : |
| | : |
| **AHMAREE FREDERICK,** | :  CASE NO:  7:23-CR-38-WLS-TQL |
| | : |
| **Defendant.** | : |
| _____ | : |

**ORDER**

     Previously, the Court provided the Parties with notice that this case was scheduled for pretrial conference on Tuesday, June 6, 2023, at 3:00 p.m. and for trial on Monday, June 26, 2023 (Doc. 17).  In the event the case is not ready for trial, the Parties were ordered to file a motion to continue at least two days prior to the date of the noticed pretrial conference. (*Id.*) Defendant filed a timely Consent Motion to Continue Trial (Doc. 21) ("Motion") requesting a continuance to allow Defense Counsel to engage in discovery with the Government and to confer with Defendant to determine whether a trial is necessary in this matter.  Defendant represents that the Government does not oppose the continuance.

     Based on the Defendant's stated reasons, the Court finds that a continuance is required for Defense Counsel to effectively prepare for trial.  The Court further finds the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B).  Therefore, the Motion (Doc. 21) is **GRANTED**.  The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division November 2023 term and its conclusion, or as may otherwise be ordered by the Court.

     Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance (a) would likely result in a miscarriage of justice, and (b) would deny Defense Counsel the reasonable time necessary

for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(A), (B)(i), (iv).

The June 6, 2023 pretrial conference is **CANCELLED**.

**SO ORDERED**, this 2nd day of June 2023.

                                                         **/s/ W. Louis Sands**
                                                       **W. LOUIS SANDS, SR. JUDGE**
                                                       **UNITED STATES DISTRICT COURT**