# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | CASE NO.: 7:23-CR-38 (WLS-TQL-1) |
| AHMAREE FREDERICK, | : | |
| Defendant. | : | |

## ORDER

Before the Court is "Defendant's Consent Motion to Sentencing Hearing" (Doc. 34). Therein, Defendant requests a continuance of his sentencing hearing scheduled on November 30, 2023. Defendant contends this continuance is warranted because Defendant's counsel has a scheduling conflict. The Government does not oppose Defendant's Motion. (Doc. 34 ¶ 2).

Accordingly, the Court **GRANTS** Defendant's Motion (Doc. 34). As a result, Defendant's sentencing hearing is hereby **CONTINUED** to **January 25 at 3:00 P.M**.

**SO ORDERED**, this 22nd day of November, 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**